878

■ (A) In the Matter of Bowley & Travers, Inc., Appellant. Herman Cohen, Respondent; Harold Bowley et al., Appellants; Irving P. Dinerman, Respondent. (B) Peter J. McAndrews, Appellant, v. Rose M. McAndrews, Respondent, et al., Defendant.— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of Robert G. Hudson, Appellant, v. Town Board of the Town of Huntington et al., Respondents.— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of Aaron Kornfeld, Petitioner, and Hyman Lazarowitz, Appellant, v. Werner Wagner, Respondent.— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of Joseph Plonski, as the Republican Candidate for the Office of Supervisor in the Town of Huntington, Petitioner, v. Robert J. Flynn et al., Respondents.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of Real Property Owners, Inc., Respondent, v. Michael P. Grace, II, Appellant.— Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of Resin Realty Corp., Respondent, v. Joseph J. Lennox, as Commissioner of Assessment and Taxation, et al., Appellants. (Proceeding No. 1.) In the Matter of Agnes Hampton et al., Respondents, v. Joseph J. Lennox, as Commissioner of Assessment and Taxation, et al., Appellants. (Proceeding No. 2.) — Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.